IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION,<br><br>Appellants,<br><br>vs.<br><br>MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY,<br><br>Respondents. | No. 81693<br><br>**FILED**<br><br>MAR 04 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL AND REFERRING COUNSEL TO THE STATE BAR OF NEVADA FOR INVESTIGATION

On January 28, 2021, this court entered an order reinstating appeal and conditionally imposing sanctions against attorney Steven H. Burke, of the Law Office of Steven H. Burke, D/B/A The 808 Firm, counsel for appellants, for his failure to file the docketing statement.[1] We directed Mr. Burke to pay the $250 conditional sanction within 14 days and informed him that the sanction would be automatically vacated if he filed the corrected docketing statement or a motion for extension of time by February 11, 2021. Mr. Burke was cautioned that failure to comply with our order or

---

[1]A copy of the order is attached.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-06349

other filing deadlines could result in the dismissal of this appeal. We further cautioned that failure to comply could result in Mr. Burke's referral to the State Bar of Nevada for investigation pursuant to SCR 104-105 for violations of RPC 1.3(diligence), 3.2(a) (expediting litigation), and 8.4 (misconduct). To date Mr. Burke has not complied with the January 28, 2021, order.

Accordingly, we dismiss this appeal and we refer Mr. Burke to the State Bar of Nevada for investigation. Further, the sanction is no longer conditional and must be paid. Mr. Burke shall have 7 days from the date of this order to pay $250 to the Supreme Court Law Library and provide the clerk of this court with proof of such payment.

It is so ORDERED.

_____, C.J.
Hardesty

_____ J.
Parraguirre

_____, J.
Silver

cc:    Hon. Stefany Miley, District Judge
Law Office of Steven H. Burke, D/B/A The 808 Firm
Kaempfer Crowell/Las Vegas
Supreme Court Law Librarian
Bar Counsel, State Bar of Nevada
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION,

        Appellants,

vs.

MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY,

        Respondents.

No. 81693



FILED

JAN 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER REINSTATING BRIEFING, IMPOSING CONDITIONAL SANCTION, AND DIRECTING COUNSEL TO FILE CORRECTED DOCKETING STATEMENT

Pursuant to NRAP 16, the settlement judge has filed a report with this court indicating that the parties were unable to agree to a settlement. Accordingly, we reinstate the deadlines for requesting transcripts and filing briefs. *See* NRAP 16.

Appellants shall have 14 days from the date of this order to file and serve a transcript request form. If no transcript is to be requested, appellants shall file and serve a certificate to that effect within the same time period. *See* NRAP 9(a). Further, appellants shall have 90 days from the date of this order to file and serve the opening brief and appendix. In preparing and assembling the appendix, counsel shall strictly comply with

SUPREME COURT
OF
NEVADA

(O) 1947A

21-02618

the provisions of NRAP 30. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

Finally, on September 10, 2020, this court issued a notice informing the parties that this appeal may be assigned to the court's settlement program. This notice also noted that the docketing statement must be filed and served within 21 days of the date of the notice and that the timeline for the docketing statement was not stayed by the notice.[1] *See* NRAP 16(a)(1). On October 8, 2020, appellants filed the untimely docketing statement. Accordingly, this court issued a notice rejecting the docketing statement and directed appellants to resubmit the docketing statement with an accompanying motion for extension of time.[2] On November 23, 2020, appellants filed a motion for extension of time to file the docketing statement, and on December 2, 2020, this court granted that motion, directing appellants to file the docketing statement within 7 days from the date of that order.[3] As the docketing statement had not been filed, on January 4, 2021, this court entered an order again directing appellants to file the docketing statement within 7 days. Appellants were cautioned that failure to comply timely with that order would result in the imposition of sanctions.[4] *See* NRAP 14(c). On January 8, 2021, appellants filed the docketing statement, and on that same day this court issued a notice of deficient docketing statement, directing appellants to resubmit a corrected

[1]A copy of the notice is attached.

[2]A copy of the notice is attached.

[3]A copy of the order is attached.

[4]A copy of the order is attached.

docketing statement within 5 days.[5] As of the date of this order, the corrected docketing statement has not been filed.

Appellants' counsel's continued failure to file the docketing statement in compliance with the court's procedural rules and the notices and orders issued in this appeal warrants the *conditional* imposition of sanctions. Accordingly, appellants' counsel, Steven H. Burke, shall, within 14 days from the date of this order, pay the sum of $250 to the Supreme Court Law Library and provide this court with proof of such payment. However, this sanction shall be automatically vacated if Mr. Burke files and serves a complete and accurate docketing statement within the same time period.

If the docketing statement is not timely filed, the sanction will no longer be conditional and must be paid. Failure to comply with this order or any other filing deadlines may result in the dismissal of this appeal. *See* NRAP 3(a)(2). Further, because it appears that Mr. Burke's conduct in this appeal may constitute violations of RPC 1.3 (diligence), 3.2(a) (expediting litigation), and 8.4 (misconduct), failure to comply with this order or any other filing deadlines may also result in Mr. Burke's referral to the State Bar of Nevada for investigation pursuant to SCR 104-105.

It is so ORDERED.

_____, C.J.
Hardesty

_____
Parraguirre

_____, J.
Silver

---

[5]A copy of the notice is attached.

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Stephen E. Haberfeld, Settlement Judge
Law Office of Steven H. Burke, D/B/A The 808 Firm
Kaempfer Crowell/Las Vegas
Supreme Court Law Librarian

SUPREME COURT
OF
NEVADA

(O) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

| | |
|---|---|
| STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION, Appellants, vs. MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY, Respondents. | **Supreme Court No. 81693** District Court Case No. A783668 |

## NOTICE OF REFERRAL TO SETTLEMENT PROGRAM AND SUSPENSION OF RULES

TO:   Law Office of Steven H. Burke, D/B/A The 808 Firm \ Steven H. Burke
      Kaempfer Crowell/Las Vegas \ Peter C. Bernhard, Lesley B. Miller, Ethan D.
         Thompson

This notice is to inform you that this appeal may be assigned to the court's Settlement Program. See NRAP 16(a). The issuance of this notice automatically stays the time for filing a request for transcripts under NRAP 9, and for filing briefs under NRAP 31. See NRAP 16(a)(1).

The docketing statement must be filed and served within 21 days of the date of this notice. This timeline is not stayed by this notice.

DATE: September 10, 2020

Elizabeth A. Brown, Clerk of Court

By: Joan Hendricks
    Settlement Program Officer

Notification List
    Electronic
    Law Office of Steven H. Burke, D/B/A The 808 Firm \ Steven H. Burke
    Kaempfer Crowell/Las Vegas \ Peter C. Bernhard
    Kaempfer Crowell/Las Vegas \ Lesley B. Miller

    Paper
    Kaempfer Crowell/Las Vegas \ Ethan D. Thompson

20-33351

## IN THE SUPREME COURT OF THE STATE OF NEVADA
### OFFICE OF THE CLERK

STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION,

Appellants,

vs.

MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY,

Respondents.

**Supreme Court No. 81693**
District Court Case No. A783668

## NOTICE OF REJECTION OF FILED DOCUMENT

TO:  Law Office of Steven H. Burke, D/B/A The 808 Firm \ Steven H. Burke

The document you filed is being rejected for the following reason(s):

Document entitled "Docketing Statement Civil Appeals" is untimely and must be accompanied by a motion for extension of time.

DATE: October 09, 2020

Elizabeth A. Brown, Clerk of Court

By: Dana Richards
    Deputy Clerk

Notification List
        Electronic
        Kaempfer Crowell/Las Vegas \ Peter C. Bernhard
        Kaempfer Crowell/Las Vegas \ Lesley B. Miller

        Paper
        Kaempfer Crowell/Las Vegas \ Ethan D. Thompson
        Hon. Stephen E. Haberfeld, Settlement Judge

20-37100

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE HAYASHI, AN INDIVIDUAL;
COMETT LV, LLC, A NEVADA
LIMITED-LIABILITY COMPANY;
COMET·LV, LLC, A NEVADA
LIMITED-LIABILITY COMPANY;
ST612E, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND GREEN
PROTECTION, INC., A NEVADA
CORPORATION,

        Appellants,

vs.

MITSUYASU SHIGETA, AN
INDIVIDUAL; SAYAKA SHIGETA, AN
INDIVIDUAL; AMERICA ISHIN LLC, A
NEVADA LIMITED-LIABILITY
COMPANY; AND LAS VEGAS DREAMS
LLC, A NEVADA LIMITED-LIABILITY
COMPANY,

        Respondents.

No. 81693

**FILED**

DEC 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING MOTION

On October 8, 2020, appellants filed the docketing statement. This court issued a notice of rejection on October 9, 2020, directing appellants to file the docketing statement accompanied by a motion for an extension of time. On November 23, 2020, appellants filed a motion to extend time to file docketing statement. The unopposed motion is granted. Appellants shall file the docketing statement within 7 days from the date of this order.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O-1947

20-43661

cc: Stephen E. Haberfeld, Settlement Judge
Law Office of Steven H. Burke, D/B/A The 808 Firm
Kaempfer Crowell/Las Vegas

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION,

Appellants,

vs.

MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY,

Respondents.

No. 81693

FILED

JAN 0 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER TO FILE DOCKETING STATEMENT

On December 2, 2020, this court granted appellants' motion for an extension of time to file the docketing statement. Because this court had rejected the previously submitted docketing statement, this court directed appellants to resubmit the docketing statement within 7 days. To date, appellants have failed to comply with that order. Appellants shall, within 5 days from the date of this order, file the docketing statement. Failure to comply timely with this order will result in the imposition of sanctions. *See* NRAP 14(c).

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-00029

cc:    Stephen E. Haberfeld, Settlement Judge
Law Office of Steven H. Burke; D/B/A The 808 Firm
Kaempfer Crowell/Las Vegas

SUPREME COURT
OF
NEVADA

2

## IN THE SUPREME COURT OF THE STATE OF NEVADA
### OFFICE OF THE CLERK

STEVE HAYASHI, AN INDIVIDUAL; COMETT LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; COMET LV, LLC, A NEVADA LIMITED-LIABILITY COMPANY; ST612E, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GREEN PROTECTION, INC., A NEVADA CORPORATION,
Appellants,
vs.
MITSUYASU SHIGETA, AN INDIVIDUAL; SAYAKA SHIGETA, AN INDIVIDUAL; AMERICA ISHIN LLC, A NEVADA LIMITED-LIABILITY COMPANY; AND LAS VEGAS DREAMS LLC, A NEVADA LIMITED-LIABILITY COMPANY,
Respondents.

**Supreme Court No. 81693**
District Court Case No. A783668

## NOTICE OF DEFICIENT DOCKETING STATEMENT

TO:   Law Office of Steven H. Burke, D/B/A The 808 Firm \ Steven H. Burke


The docketing statement you submitted is being returned for the following reason(s):

Docketing statement is missing attachments as required by question 27.

Please correct the deficiencies and resubmit the docketing statement to this office for filing within 5 days of the date of this notice.

DATE: January 08, 2021

Elizabeth A. Brown, Clerk of Court

By: Dana Richards
     Deputy Clerk

Notification List
        Electronic
        Kaempfer Crowell/Las Vegas \ Peter C. Bernhard
        Kaempfer Crowell/Las Vegas \ Lesley B. Miller

        Paper
        Kaempfer Crowell/Las Vegas \ Ethan D. Thompson
        Hon. Stephen E. Haberfeld, Settlement Judge


21-00679